# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH STANTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 10-2726 |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of February 2011, upon consideration of the Motion to Dismiss Defendant City of Philadelphia's Counterclaim (Docket No. 4), the Motion to Dismiss Defendant Redevelopment Authority of Philadelphia's Counterclaims (Docket No. 6), the Response of Defendant City of Philadelphia to Plaintiff's Motion to Dismiss Defendant City of Philadelphia's Counterclaim (Docket No. 8), and The Redevelopment Authority of the City of Philadelphia's Response to Plaintiff's Motion to Dismiss the RDA's Counterclaim (Docket Nos. 8 and 10), it is hereby ORDERED that the Motions (Docket Nos. 4 and 6) are DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge